# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORO BRAZOS MINERALS, <br>     Plaintiff(s), <br> v. <br> SUSAN MCCONNELL, <br>     Defendant(s). | Case No. 2:25-cv-00998-JCM-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by August 8, 2025.

IT IS SO ORDERED.

Dated: August 1, 2025

                                                 Nancy J. Koppe <br>
                                                 United States Magistrate Judge